IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18CR95 |
| vs. | ORDER |
| ADA ARGUETA, | |
| Defendant. | |

This matter is before the court on Defendant's UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND DEADLINE TO FILE PRETRIAL MOTIONS [15]. Defendant's counsel represents that Defendant consents to the motion and acknowledges she understands the additional time may be excludable time for the purposes of the Speedy Trial Act. For good cause shown,

**IT IS ORDERED** that the UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND DEADLINE TO FILE PRETRIAL MOTIONS [15] is granted, in part, and in part denied, as follows:

1. The jury trial now set for August 7, 2018, is continued to November 6, 2018.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and November 6, 2018, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. Because the deadline for filing pretrial motions expired on July 2, 2018, Defendant's motion to extend the deadline for the filing of pretrial motions is denied without prejudice to the filing of a motion for leave to file a pretrial motion past the deadline, should it become necessary.

Dated this 12th day of July, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge