IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ADA ARGUETA<br><br>      Defendant. | **8:18CR95**<br><br>**ORDER** |

   This matter is before the court on the defendant's Unopposed Motion to Continue Trial [19]. Counsel is seeking additional time to finalize plea negotiations with the defendant and the government. For good cause shown,

   **IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial [19] is granted as follows:

   1. The jury trial, now set for January 8, 2019, is continued to **April 9, 2019**.

   2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 9, 2019** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

   Dated this 4th day of January 2019.

                      BY THE COURT:

                        s/ Michael D. Nelson
                        United States Magistrate Judge