## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ADA ARGUETA,<br><br>    Defendant. | 8:18CR95<br><br>ORDER |

This matter is before the Court on the Request for Transcript, filed by non-party Norma Lozano on behalf of Defendant Ada Argueta, ECF No. 48. The request for a transcript is granted, provided Norma Lozano contacts Brenda Fauber, 118 S. 18th Plaza, Suite 3122, Omaha, NE 68102, and makes financial arrangements for preparation of the transcript. Otherwise, the motion is denied.

IT IS ORDERED:

1. The Request for Transcript, filed by non-party, Norma Lozano on behalf of Defendant Ada Argueta, ECF No. 48, is granted as to the transcript under the conditions described above, and is otherwise denied; and

2. The Clerk is directed to mail a copy of this order and the docket report to Norma Lozano at the address provided in ECF No. 48.

Dated this 15th day of June 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge